479 A.2d 1144

Commonwealth v. Holt, Appellant.

Submitted May 18, 1984.   Mitchell A. Kaufman, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

479 A.2d 1144

Commonwealth v. Houser, Appellant.

Submitted April 30, 1984.   William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Affirmed.